IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, as Subrogee of;<br><br>Plaintiff,<br><br>vs.<br><br>INTERLINE BRANDS, INC., LINX LTD., WATTS WATER TECHNOLOGIES, INC.,<br><br>Defendants. | 4:13CV3037<br><br>**ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME IN WHICH TO RESPOND TO MOTION TO RECONSIDER FILED BY DEFENDANT, WATTS WATER TECHNOLOGIES, INC.** |

IT IS ORDERED that the Unopposed Motion to Extend Time in Which to Respond to Motion to Reconsider Filed by Defendant, Watts Water Technologies, Inc., ECF No. 38, is granted and the plaintiff shall have on or before August 16, 2013, to file and serve its response.

Dated August 2, 2013.

BY THE COURT

Warren K. Urbom
United States Senior District Judge