IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, as Subrogee of;<br><br>Plaintiff,<br><br>vs.<br><br>INTERLINE BRANDS, INC., LINX LTD., WATTS WATER TECHNOLOGIES, INC.,<br><br>Defendants. | 4:13CV3037<br><br>**ORDER** |

     IT IS ORDERED that the Unopposed Motion for Brief Extension, ECF No. 41, is granted and the defendant, Watts Water Technologies, shall have on or before August 28, 2013, in which to file and serve its brief.

     Dated August 27, 2013.

                                                       BY THE COURT:

                                                       Warren K. Urbom
                                                       United States Senior District Court