## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

STATE FARM FIRE AND                     )     Case No:  4:13-CV-03037
CASUALTY a/s/o JAMES LANGTRY            )
                                        )
                    Plaintiff,          )
                                        )
v.                                      )
                                        )     ORDER OF EXTENSION
INTERLINE BRANDS, INC.; WATTS           )     OF TIME
WATER TECHNOLOGIES, INC.; and           )
LINX LTD.,                              )
                                        )
                    Defendants.         )

This matter came before the Court upon the Joint Status Update request for additional time to complete the proposed order addressing the personal jurisdiction evidentiary hearing granted by the Court's September 18, 2013 Order. The Court being fully advised in the premises finds that the Order should be issued.

IT IS THEREFORE ORDERED that the Joint Stipulated Motion and Order addressing the personal jurisdiction issue existing in the above-captioned matter is to be submitted to this Court on or before October 11, 2013.

Dated this __7th__ day of October, 2013.

BY THE COURT:

s/ Warren K. Urbom

_____

Warren K. Urbom
United States Senior District Judge